UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

CONSOLIDATED UNDER MDL
DOCKET NO. 875

BRYAN MERFELD,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY, ET AL.,

    Defendants.

EDPA File No. 2:10-cv-78954

## NOTICE OF SUBSTITUION OF COUNSEL FOR DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.

To the Clerk:

Kindly withdraw the appearance of Kathleen L. Killoy as counsel for Defendant Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc., and substitute the appearance of Corey M. Dennis, in the above-referenced matter.

    THE DEFENDANT,
    Air & Liquid Systems Corporation, as Successor by
    Merger to Buffalo Pumps, Inc.

    */s/Corey M. Dennis*
    Corey M. Dennis, BBO #673345
    Governo Law Firm LLC
    Two International Place, 15th Floor
    Boston, MA 02110
    Phone: (617) 737-9045
    Fax: (617) 737-9046
    cdennis@governo.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 23rd day of June, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

                                                                    /s/*Corey M. Dennis*
                                                                    Corey M. Dennis